■ In the Matter of PETER SANTOS et al. v. BURTON S. GOLDSTEIN.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied. Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ (A) JOHN E. COLLINS v. CARVER FEDERAL SAVINGS & LOAN ASSOCIATION. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ. (B) In the Matter of CHARLES N. TAINTOR, Deceased. Concur — Botein, P. J., Breitel, Valente, Stevens and Steuer, JJ. (C) MIDEAST SECURITIES CORP. v. RKO GENERAL, INC. Concur — Botein, P. J., Breitel, Rabin, McNally and Eager, JJ. (D) In the Matter of HENRI FREUDMANN, Deceased. Concur — Valente, J. P., McNally, Stevens, Steuer and Bastow, JJ. (E) In the Matter of NOXON OPERATING CORPORATION v. ROBERT E. HERMAN, as State Rent Administrator. Concur — Botein, P. J., Breitel, Rabin, McNally and Eager, JJ. (F) In the Matter of CITY TITLE INSURANCE COMPANY, v. SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK. Concur — Botein, P. J., Breitel, Valente, Stevens and Steuer, JJ.— [In each action] Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

■ (A) MORGAN GUARANTY TRUST COMPANY OF NEW YORK v. JUSTIN M. GOLENBOCK et al. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ. (B) ELEANOR CLOKE v. HOTEL ROOSEVELT CORPORATION. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.— [In each action.] Motion for reargument or for leave to appeal to the Court of Appeals denied, with $10 costs.

■ (A) GUSTAVE SILVERMAN et al. v. GABRIEL A. NEWGOLD. (B) DONALD KLAUBER v. UNITED ARTISTS ASSOCIATED, INC.— [In each action] Application denied, with $10 costs. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LEROY PIERCE.— Motion to dismiss appeal granted unless the appellant procures the record on appeal and appellant's points to be served and filed on or before September 11, 1962, with notice of argument for the October 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CHESTER H. BELL.— Motion to dismiss appeal granted unless the appellant procures the record on appeal and appellant's points to be served and filed on or before September 11, 1962, with notice of argument for the October 1962 Term of this court, said appeal to be argued or submitted when reached. Defendant's application for leave to dispense with printing the record on appeal and for leave to have the appeal heard on the original record but upon printed appellant's points is granted. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. MARTIN McHUGH. (B) THE PEOPLE OF THE STATE OF NEW YORK v. ELOY SERRANO. (C) THE PEOPLE OF THE STATE OF NEW YORK v. CEASAR GOINGS.— [In each action] Motion to dismiss appeal granted unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 14, 1962, with notice of argument for the September 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH CORBO.— Motion to dismiss appeal granted unless the appellant procures the record on appeal and appellant's points to be served and filed on or before September 11, 1962, with notice of argument for the October 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.